**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| GARRETT WILLIAM LUCAS | : | |
| | : | |
| Appellant | : | No. 92 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001672-2013

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| GARRETT WILLIAM LUCAS | : | |
| | : | |
| Appellant | : | No. 93 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0014400-2012

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| GARRETT WILLIAM LUCAS | : | |
| | : | |
| Appellant | : | No. 94 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001167-2013

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |

|   | :   |   |
|---|-----|---|
| v. | : | |
|  | : | |
|  | : | |
|  | : | |
| GARRETT WILLIAM LUCAS | : | |
|  | : | |
| Appellant | : | No. 95 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001457-2013

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|-----|---|
|  | : | PENNSYLVANIA |
|  | : | |
| v. | : | |
|  | : | |
|  | : | |
|  | : | |
| GARRETT LUCAS | : | |
|  | : | |
| Appellant | : | No. 96 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001168-2013

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|-----|---|
|  | : | PENNSYLVANIA |
|  | : | |
| v. | : | |
|  | : | |
|  | : | |
| GARRETT WILLIAM LUCAS | : | |
|  | : | |
| Appellant | : | No. 97 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0002432-2013

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|-----|---|
|  | : | PENNSYLVANIA |
|  | : | |
| v. | : | |
|  | : | |
|  | : | |

GARRETT LUCAS                    :
                                        :
        Appellant           :      No. 98 WDA 2020

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0002467-2013

COMMONWEALTH OF PENNSYLVANIA  :   IN THE SUPERIOR COURT OF
                                    :         PENNSYLVANIA
                                    :
           v.                    :
                                    :
GARRETT WILLIAM LUCAS         :
                                    :
        Appellant           :      No. 99 WDA 2020

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0010861-2017

COMMONWEALTH OF PENNSYLVANIA  :   IN THE SUPERIOR COURT OF
                                    :         PENNSYLVANIA
                                    :
           v.                    :
                                    :
GARRETT LUCAS                      :
                                    :
        Appellant           :      No. 100 WDA 2020

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0013632-2018

COMMONWEALTH OF PENNSYLVANIA  :   IN THE SUPERIOR COURT OF
                                    :         PENNSYLVANIA
                                    :
           v.                    :
                                    :
GARRETT WILLIAM LUCAS         :
                                    :
        Appellant           :      No. 101 WDA 2020

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001670-2013

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GARRETT LUCAS | : | |
| | : | |
| Appellant | : | No. 102 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001471-2013

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GARRETT WILLIAM LUCAS | : | |
| | : | |
| Appellant | : | No. 103 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 18, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0001623-2013

BEFORE:  McLAUGHLIN, J., KING, J., and McCAFFERY, J.

MEMORANDUM BY McLAUGHLIN, J.:                    **FILED: NOVEMBER 20, 2023**

Garrett William Lucas filed a petition for allowance of appeal from this Court's unpublished judgment order affirming his judgment of sentence. The Supreme Court of Pennsylvania granted the petition, vacated our order, and remanded to this Court for further proceedings consistent with

- 4 -

*Commonwealth v. Rosario*, 294 A.3d 338 (Pa. 2023). *See Commonwealth v. Lucas*, 301 A.3d 421 (Table) (Pa. 2023). Accordingly, we vacate and remand for resentencing.

We recited the relevant facts and procedural history in our prior memorandum:

> Lucas pleaded guilty in 2013 in ten cases to various burglary, theft, and conspiracy charges. The court imposed an aggregate sentence of two and a half to five years of incarceration, followed by nine years of probation.
>
> Lucas later pled guilty on March 12, 2018, to resisting arrest. The court sentenced him to two years of probation, "to commence upon release from all confinement." Order of Sentence, filed 3/12/18.
>
> He then entered a guilty plea to new charges. It is this plea that formed the basis of the probation revocation at issue in this appeal. He pleaded guilty in April 2019 to one count of escape, and the court sentenced him on December 18, 2019, to three to six months of incarceration with one year of consecutive probation. The same day, the court found him in violation of his probation based on his new convictions and imposed an aggregate violation sentence of 62 to 124 months' incarceration followed by 9 years' probation. *See* N.T. Sentencing, 12/18/19, at 17-26. Lucas filed a post-sentence motion to reconsider sentence, which the trial court denied.

*Commonwealth v. Lucas*, Nos. 92-103 WDA 2020, 262 A.3d 490 (Table), 2021 WL 3579539, at *1 (Pa.Super. filed Aug. 13, 2021) (unpublished memorandum) (footnotes omitted).

In *Rosario*, our Supreme Court concluded that the plain language of Section 9771 of the Sentencing Code, which governs the revocation of probation, prohibits the practice of anticipatory revocation of probation. 294

A.3d at 341. Thus, the Court held that "the anticipatory revocation of a probation sentence that has yet to start is illegal under Pennsylvania law." *Id.* at 356.

Here, because this Court determined that Lucas's probation was to be consecutive to the completion of all his incarceration, we permitted the anticipatory revocation of Lucas's probation on counts that were made to run consecutively to the first set of probation. In light of *Rosario*, we vacate the judgments of sentence and remand for resentencing.

Judgments of sentence vacated. Remanded for resentencing. Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

DATE: 11/20/2023